# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY SMYTH and BETTY SMYTH,

       Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C05-838JLR

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's motion for summary judgment is granted, and this action is hereby dismissed.

Dated this 18th day of October, 2005.

                                              BRUCE RIFKIN
                                                       Clerk

s/Mary Duett

Deputy Clerk